UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA MIRRORS OF AMERICA, INC.,

    Plaintiff,

                                                                                 Case No. 10-12283

-vs-                                                                        Hon: AVERN COHN

DURA GLOBAL TECHNOLOGIES, INC.,
et al.,

    Defendants,
_____/

## ORDER REGARDING DESIGNATION OF
## PARADIGM CLAIM AND INFRINGEMENT CONTENTION

       This is a patent case. Plaintiff claims its U.S. Patent No. 6,955,009B2 is infringed by defendants' Ford F150 back sliding window. Within thirty (30) days plaintiff shall designate the paradigm claim of the patent-in-suit and its infringement contention.

       The Court will hold a status conference on Friday, December 03, 2010 at 2:00 p.m., to chart the further course of the case.

       SO ORDERED.


Dated: October 5, 2010                S/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 5, 2010, by electronic and/or ordinary mail.

                                                                             S/Julie Owens
                                                                             Case Manager, (313) 234-5160